IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KENYON A. RAWLINGS,

     Appellant,

v.                                    Case No.  5D16-3233

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed July 14, 2017

Appeal from the Circuit Court
for Sumter County,
William H. Hallman, III, Judge.

Jack R. Maro, of Law Office of Jack R.
Maro, P.A., Ocala, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Marjorie Vincent-Tripp,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     AFFIRMED without prejudice to raise the issue of consecutive mandatory

minimum sentences in a timely and sufficient postconviction proceeding as the issue was

not preserved for review.


ORFINGER, TORPY and BERGER, JJ., concur.